DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM VILLAGE OF DEERFIELD BEACH
PROPERTY OWNERS ASSOCIATION, INC.**,
Appellant,

v.

**JAZBROWHOMES, LLC**,
Appellee.

No. 4D17-1203

[February 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE 15-017325.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Russell M. Robbins of Basulto Robbins & Associates, LLP, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***